1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar #179741
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   PATRICK STRATMAN
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )        No. CR-S-06-505 EJG
                                     )
12              Plaintiff,           )
                                     )        STIPULATION AND ORDER
13       v.                          )        CONTINUING CHANGE OF PLEA AND
                                     )        EXCLUDING TIME
14  PATRICK STRATMAN,                )
                                     )        DATE:  August 8, 2008
15              Defendant.           )        TIME:  10:00 a.m.
                                     )        JUDGE: Edward J. Garcia
16  _____         )

17

18          IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19  ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief

20  Assistant Federal Defender, attorney for PATRICK STRATMAN, that the current hearing date of August

21  8, 2008 be vacated, and a new Change of Plea hearing date of August 15, 2008 at 10:00 a.m. be set.

22          This continuance is requested as counsel for Patrick Stratman  will be out of the office on leave on

23  August 8th.  Counsel has conferred with counsel for the government who has no objection to moving the

24  case one week so that undersigned counsel can be present.

25          It is further stipulated and agreed between the parties that the period beginning August 8, 2008

26  through and including August 15, 2008 should be excluded in computing the time within which the trial of

27  the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense

28  preparation and continuity of counsel.  All parties stipulate and agree that this is an appropriate exclusion

1  of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)

2  and that the ends of justice to be served by a continuance outweigh the best interests of the public and the

3  defendant in a speedy trial.

4  Dated: August 5, 2008

5                                               Respectfully submitted,

6                                               DANIEL J. BRODERICK
                                                Federal Defender
7

8                                               /s/ Linda Harter
                                                LINDA HARTER
9                                               Chief Assistant Federal Defender
                                                Attorney for Defendant
10                                              PATRICK STRATMAN

11

12 Dated: August 5, 2008          MCGREGOR W. SCOTT
                                                United States Attorney
13

14                                              /s/ Linda Harter for
                                                ELLEN ENDRIZZI
15                                              Assistant U.S. Attorney
                                                per telephonic authorization
16

17

18                              **ORDER**

19      Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the

20 stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice

21 served by the granting of such continuance outweigh the interests of the public and the defendant in a

22 speedy trial.

23 IT IS SO ORDERED.

24

25 Date: 08/07/08                   /s/ Edward J. Garcia

26                                              EDWARD J. GARCIA, JUDGE

27

28

Stipulation & Order                       2