**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*                                    (916) 498-5700  Fax: (916) 498-5710                                    *Linda C. Harter*
*Federal Defender*                                                                                                                                *Chief Assistant Defender*

# M E M O R A N D U M

DATE:          November 12, 2008

TO:            Colleen Lydon, Courtroom Clerk to
               Honorable Edward J. Garcia

FROM:          B. Cricket Fox, Secretary to
               Linda C. Harter, Chief Assistant Federal Defender

SUBJECT:       Patrick Stratman
               CR-S-06-505-EJG

---

    This Memo shall confirm that Judgment and Sentencing, presently scheduled for November 21, 2008, is to be continued to **Wednesday, January 7, 2009 at 10:00 a.m.**

    The following will be the new schedule for disclosure of the Presentence report and for filing of objections to the Presentence report:

    Proposed Presentence Report Shall Be Disclosed
    to Counsel No Later Than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  December 3, 2008

    Counsel's Written Objections to the Presentence Report
    Shall Be Delivered to the Probation Officer No Later Than . . . .  December 17, 2008

    Final Presentence Report Shall be Filed With the Court
    and Disclosed to Counsel No Later Than . . . . . . . . . . . . . . . . .  December 24, 2008

    Motion for Correction of the Presentence Report
    Shall Be Filed and Served No Later Than . . . . . . . . . . . . . . . . .  December 31, 2008

    The Courtroom Clerk has been notified and Assistant United States Attorney Ellen Endrizzi and United States Probation Officer Teresa Hoffman have no objections to the new dates.

IT IS SO ORDERED.

Dated: November 12, 2008                              /s/ Edward J. Garcia
                                                     EDWARD J. GARCIA
                                                     United States District Court

/cf
cc:   Teresa Hoffman, USPO
      Patrick Stratman