**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE:   **Patrick STRATMAN
Docket Number:   2:06CR00505-01
CONTINUANCE OF JUDGMENT
AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from January 7, 2009 to March 27, 2009 at 10:00 AM.  (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:**  Due to the schedules of the parties, the defendant has not yet been interviewed but will travel to Sacramento in January to complete the interview.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

**Teresa C. Hoffman
United States Probation Officer**

**REVIEWED BY:**_____**/s/ Karen A. Meusling**_____

**Karen A. Meusling
Supervising United States Probation Officer**

Dated:      January 5, 2009
             Sacramento, California
             tch/rcb

Attachment

**RE:**   **STRATMAN, Patrick**
**Docket Number:   2:0600505-01**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:   Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

__X__   **Approved**   _____ /s/ Edward J. Garcia   - January 6, 2009
**EDWARD J. GARCIA**
**Senior United States District Judge         Date**
____   **Disapproved**

Rev. 08/2007
CONTINUANCE ~ TO JUDGE (EJG).MRG

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**                    Docket Number:   2:06CR00505-01

                              **Plaintiff,**          **SCHEDULE FOR DISCLOSURE OF
                                                   PRESENTENCE REPORT AND FOR
        **vs.**                                      FILING OF OBJECTIONS TO THE
                                                   PRESENTENCE REPORT**

**Patrick STRATMAN**

                              **Defendant.**
_____/

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

Judgment and Sentencing Date:                    03/27/2009 at
                                                 10:00am

Motion for Correction of the Presentence Report
shall be filed with the Court and served on the
Probation Officer and opposing counsel no later
than:                                            03/20/2009

The Presentence Report shall be filed with the
Court and disclosed to counsel no later than:    03/13/2009

Counsel's written objections to the Presentence
Report shall be delivered to the Probation Officer
and opposing counsel no later than:              03/06/2009

The proposed Presentence Report shall be
disclosed to counsel no later than:              02/20/2009

Rev. 08/2007
CONTINUANCE ~ TO JUDGE (EJG).MRG